UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

AMIN LAKHANI,
Plaintiff,
vs.

BRICKELL CITY CENTRE RETAIL LLC and CAFE AMERICANO X BCC LLC d/b/a CA BY CAFE AMERICANO,
Defendant(s).

Case No: 24-cv-21180-KMW

**JOINT NOTICE OF SETTLEMENT IN PRINCIPLE**

Plaintiff, AMIN LAKHANI, and Defendants, BRICKELL CITY CENTRE RETAIL LLC and CAFE AMERICANO X BCC LLC d/b/a CA BY CAFE AMERICANO, by and through their respective undersigned counsel, hereby notify the Court that the Parties have reached a settlement in principle. The Parties are in the process of memorializing their agreement and finalizing their settlement documents. Accordingly, the parties respectfully request that the Court vacate all currently set dates and deadlines in this case.

Respectfully submitted,

s/ Glenn R. Goldstein
Glenn R. Goldstein (FBN: 55873)
*Attorney for Plaintiff*
Glenn R. Goldstein & Assoc., PLLC
8101 Biscayne Blvd., Ste. 504
Miami, Florida 33138
561.573.2106
GGoldstein@G2Legal.net

s/ Edward S. Polk
Edward S. Polk (FBN: 239860)
Marc A. Rapaport (FBN: 1008359)
COLE, SCOTT & KISSANE, P.A.
*Attorney for Defendant Cafe Americano X BCC, LLC*
9150 South Dadeland Boulevard, #1400
Miami, Florida 33256
Telephone (305) 350-5338
edward.polk@csklegal.com
marc.rapaport@csklegal.com

s/ Arlene K. Kline
Arlene K. Kline, Esq. (FBN: 104957)
Ashlea A. Edwards, Esq. (FBN: 117691)
*Attorney for Defendant Brickell*

*City Centre Retail LLC*
AKERMAN LLLP
777 S. Flagler Dr., #1100 West Tower
West Palm Beach, FL 33401
Tel: (561) 653-5000
Arlene.Kline@Akerman.com