UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 1:24-cv-21180-KMW

AMIN LAKHANI,

    Plaintiff,

vs.

BRICKELL CITY CENTRE RETAIL LLC
and CAFÉ AMERICANO X BCC LLC d/b/a
CA BY CAFÉ AMERICANO,

    Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL *WITH PREJUDICE*

    Plaintiff, Amin Lakhani ("Plaintiff"), and Defendants, Brickell City Centre Retail LLC and Café Americano X BCC LLC d/b/a CA By Café Americano (collectively, "Defendants") (each a "Party" and collectively, the "Parties"), having entered into a Confidential Settlement Agreement thereby resolving the claims brought in the above-referenced Action, hereby stipulate to the dismissal of the above-styled action *with prejudice*.

    Each Party shall bear his and its own costs, expert fees, attorneys' fees, except as otherwise specified by the Parties in the Confidential Settlement Agreement.

Dated:  June 14, 2024.

*/s/ Arlene K. Kline*
Arlene K. Kline (FBN: 104957)
E-mail: arlene.kline@akerman.com
Ashlea A. Edwards (FBN: 117691)
E-mail: ashlea.edwards@akerman.com
**AKERMAN LLP**
777 South Flagler Drive
West Tower, Suite 1100
West Palm Beach, FL 33401
Telephone: (561) 653-5000
Facsimile: (561) 659-6313

*/s/ Glenn R. Goldstein*
Glenn R. Goldstein, Esq. (FBN: 55873)
E-mail: GGoldstein@G2Legal.net
**Glenn R. Goldstein & Associates, PLLC**
8101 Biscayne Blvd., Ste. 504
Miami, Florida 33138
Telephone: (561) 573-2106
*Attorney for Plaintiff*

*Attorneys for Defendant, Brickell City Centre Retail LLC*

<u>/s/ Marc A. Rapaport</u>
Marc A. Rapaport (FBN: 1008359)
E-mail: marc.rapaport@csklegal.com
**COLE, SCOTT & KISSANE, P.A.**
9150 S. Dadeland Blvd., Suite 1400
Miami, FL 33156
Telephone: (786) 268-6793
*Attorneys for Defendant, Café Americano X BCC LLC d/b/a CA By Café Americano*